IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>      Plaintiff,                                   )<br>                                                              )<br>v.                                                        )<br>                                                              )<br>RAUL HERNANDEZ a/k/a ARMANDO,  )<br>JAVIER HERNANDEZ-RODRIGUEZ, )<br>a/k/a PEDRO, RAUL ORTIZ ROMERO, )<br>a/k/a BETTO, and GERARDO RUBIO  )<br>MUNOZ, a/k/a JUAN M. QUINONES,  )<br>                                                              )<br>      Defendant.                               ) | 4:01CR3013 |

## ORDER FOR DISMISSAL

Leave of court is granted for the filing of the dismissal in this case.

July 26, 2006.                                              BY THE COURT:

                                                                     s/ *Richard G. Kopf*
                                                                     United States District Court